1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
   DisabilityRights@manninglawoffice.com
4

5  Attorneys for Plaintiff:
   CARMEN JOHN PERRI
6

7  Guy C. Nicholson (State Bar No. 106133)
   Lori Sambol Brody (SBN 150545)
8  **BROWNE GEORGE ROSS O'BRIEN**
9  **ANNAGUEY & ELLIS LLP**
   2121 Avenue of the Stars Suite 2800
10 Los Angeles, CA 90067
11 Tel: 310-274-7100 / Fax: 310-275-5697
    Email: gnicholson@bgrfirm.com
12          lbrody@bgrfirm.com
13
   Attorneys for Defendant:
14 HMH PROPERTY INVESTMENTS, LP
15
                **UNITED STATES DISTRICT COURT**
16
17              **CENTRAL DISTRICT OF CALIFORNIA**

18 | CARMEN JOHN PERRI, an individual, | Case No.:  2:20-cv-10692-MCS-E |
19 | | |
   | | Hon.  Mark C. Scarsi |
20 | Plaintiff, | |
21 | | **JOINT NOTICE OF SETTLEMENT** |
   | v. | |
22 | | Complaint Filed:  November 23, 2020 |
23 | HMH PROPERTY | Trial Date:  None Set |
24 | INVESTMENTS, LP, a Delaware limited partnership; and DOES 1- | |
25 | 10, inclusive, | |
26 | | |
   | Defendants. | |
27

28

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, CARMEN JOHN PERRI, and Defendant, HMH PROPERTY INVESTMENTS, LP (the "Parties"), have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: February 22, 2021                    **MANNING LAW, APC**

                                  By:   */s/ Joseph R. Manning, Jr. Esq.*
                                        Joseph R. Manning, Jr., Esq.
                                        Attorneys for Plaintiff,
                                        Camern John Perri

Dated: February 22, 2021                    **BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**

                                  By:   */s/ Lori Sambol Brody*
                                        Lori S. Brody
                                        Attorney for Defendant,
                                        HMH Property Investments, LP

## CERTIFICATE OF SERVICE

    I certify that on February 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                  Respectfully submitted,

Dated: February 22, 2021                    **MANNING LAW, APC**

                                  By:   */s/ Joseph R. Manning, Jr. Esq.*
                                        Joseph R. Manning, Jr., Esq.
                                        Attorneys for Plaintiff
                                        Camern John Perri